ORIGINAL



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2018

at 4 o'clock and 10 min. P M.
SUE BEITIA, CLERK

**SEALED BY ORDER OF THE COURT**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARGARET C. NAMMAR #9045
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Margaret.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR18-00133 LEK |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(C); 18 U.S.C. § 2] |
| PATRICK PRESCOTT, (01) aka "Happy" and "Spaccz," | ) | |
| ALEJANDRO LOPEZ, (02) | ) | |
| JORDAN BILLIANOR-NAPEAHI, (03) aka "Scyts" and "Scits," | ) | |
| RAPHAEL SAKARIA, (04) aka "Ralph" and "Dawg," | ) | |
| ROSE POMELE, (05) | ) | |
| SAMUEL CARTER, (06) | ) | |
| RICKY MARTINEZ, (07) | ) | |
| CHRISTOPHER LEE, (08) | ) | |
| MARENDA TAMAALEMALO, (09) | ) | |

| | | |
|---|---|---|
| DONOVAN PALAUNI,           | (10) | ) |
|   aka "Toons,"             |      | ) |
| BRANDON REMIGIO,           | (11) | ) |
| ADELINE HARRINGTON,        | (12) | ) |
| ALAPATI VAIVAI,            | (13) | ) |
| and                        |      | ) |
| LORNA ZABLAN,              | (14) | ) |
|                            |      | ) |
|         Defendants.        |      | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
(21 U.S.C. § 846)

From a precise date unknown, but by at least June 2017, and continuing to on or about August 22, 2018, within the District of Hawaii and elsewhere, PATRICK PRESCOTT, aka "Happy" and "Spaccz," ALEJANDRO LOPEZ, JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," RAPHAEL SAKARIA, aka "Ralph" and "Dawg," ROSE POMELE, SAMUEL CARTER, RICKY MARTINEZ, CHRISTOPHER LEE, MARENDA TAMAALEMALO, DONOVAN PALAUNI, aka "Toons," BRANDON REMIGIO, ADELINE HARRINGTON, ALAPATI VAIVAI, and LORNA ZABLAN, the defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute

2

and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

COUNT 2
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about August 17, 2017, within the District of Hawaii, PATRICK PRESCOTT, aka "Happy" and "Spaccz," and JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," the defendants, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 3
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about September 11, 2017, within the District of Hawaii, JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts,

isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4
### Distribution of Methamphetamine
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about September 19, 2017, within the District of Hawaii, JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 5
### Distribution of Methamphetamine
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about October 3, 2017, within the District of Hawaii, JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

## COUNT 6
### Distribution of Methamphetamine
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about October 6, 2017, within the District of Hawaii, PATRICK PRESCOTT, aka "Happy" and "Spaccz," and JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," the defendants, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 7
### Possession with Intent to Distribute Methamphetamine
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about March 20, 2018, within the District of Hawaii, PATRICK PRESCOTT, aka "Happy" and "Spaccz," and JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," the defendants, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 8
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about March 22, 2018, within the District of Hawaii, PATRICK PRESCOTT, aka "Happy" and "Spaccz," the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 9
Attempted Possession with Intent to Distribute Methamphetamine
(21 U.S.C. § 846)

On or about March 29, 2018, within the District of Hawaii, PATRICK PRESCOTT, aka "Happy" and "Spaccz," ALEJANDRO LOPEZ, and JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," the defendants, did knowingly and intentionally attempt to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

COUNT 10
Attempted Possession with Intent to Distribute Methamphetamine
(21 U.S.C. § 846)

On or about May 15, 2018, within the District of Hawaii and elsewhere, PATRICK PRESCOTT, aka "Happy" and "Spaccz," ALEJANDRO LOPEZ, and JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," the defendants, did knowingly and intentionally attempt to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

COUNT 11
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about June 1, 2018, within the District of Hawaii, RAPHAEL SAKARIA, aka "Ralph" and "Dawg," the defendant, did knowingly and

7

intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 12
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about June 1, 2018, within the District of Hawaii, JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," the defendant, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 13
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about June 1, 2018, within the District of Hawaii, LORNA ZABLAN, the defendant, did knowingly and intentionally possess with intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

1. The allegations contained in all paragraphs of Counts 1 through 13 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 21, United States Code, Section 853.

2. The United States hereby gives notice to the defendants that, upon conviction of the offenses charged in Counts 1 through 13 of this Indictment, the government will seek forfeiture, in accordance with Title 21, United States Code, Section 853(a), of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violations of Title 21, United States Code, Sections 841 and 846, alleged in Counts 1 through 13 of this Indictment, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations of Title 21, United States Code, Sections 841 and 846, alleged in Counts 1 through 13 of this Indictment, including but not limited to:

a. $10,519.00 in United States currency, seized from Federal Express on or about November 2, 2017;

b. $71,900.00 in United States currency, seized from the United States Postal Service on or about March 28, 2018;

c. $25,000.00 in United States currency, seized from the United States Postal Service on or about April 9, 2018;

d. $2,200.00 in United States currency, paid to JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," on August 17, 2017, for the purchase of methamphetamine in connection with the offense charged in Count 2;

e. $1,600.00 in United States currency, paid to JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," on September 11, 2017, for the purchase of methamphetamine in connection with the offense charged in Count 3;

f. $1,500.00 in United States currency, paid to JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," on September 19, 2017, for the purchase of methamphetamine in connection with the offense charged in Count 4;

g. $1,600.00 in United States currency, paid to JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," on October

      3, 2017, for the purchase of methamphetamine in connection with the offense charged in Count 5;

  h. $2,200.00 in United States currency, paid to JORDAN BILLIANOR-NAPEAHI, aka "Scyts" and "Scits," on October 6, 2017, for the purchase of methamphetamine in connection with the offense charged in Count 6; and

  i. $2,200.00 in United States currency, paid to PATRICK PRESCOTT, aka "Happy" and "Spaccz," on March 22, 2018, for the purchase of methamphetamine in connection with the offense charged in Count 8.

3. If by any act or omission of a defendant, any of the property subject to forfeiture described in paragraph 2 herein:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court; or

  d. has been commingled with other property which cannot be subdivided without difficulty,

//
//
//

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p).

DATED:   August 22, 2018, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENJI M. PRICE
United States Attorney
District of Hawaii

MARGARET C. NAMMAR
Assistant U.S. Attorney

United States v. Patrick Prescott, et al.
Indictment

CR18-00133 LEK

12