# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 18-00133LEK |
| CASE NAME: | USA vs. (1) (01) Patrick Prescott, (02) Alejandro Lopez, (03) Jordan Billianor-Napeahi, (04) Raphael Sakaria, (05) Rose Pomele, (06) Samuel Carter, (07) Ricky Martinez, (08) Christopher Lee, (09) Marenda Tamaalemalo, (10) Donovan Palauni, (11) Brandon Remigio, (12) Adeline Harrington, (13) Alapati Vaivai and (14) Lorna Zablan |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | |
| DATE: | 08/29/2018 | TIME: | |

COURT ACTION:  EO:

This case and Indictment are hereby Ordered Unsealed.  The defendants have been arrested.

Submitted by: Toni Fujinaga, Courtroom Manager.